UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL JAMES PALMER,

    Plaintiff,

v.                                                                             Case No. 8:24-cv-168-KKM-AAS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Plaintiff Michael Palmer brings this action challenging the Commissioner's denial of disability benefits. (Doc. 1.) The Magistrate Judge issues a Report and Recommendation recommending that the Commissioner's decision be affirmed. (Doc. 32.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994);

*Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

The fourteen-day deadline for objections to the recommendation has passed. No party objected. Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). After review, the Court concludes that the Commissioner's decision should be affirmed for the reasons the Magistrate Judge stated.

Accordingly, the following is **ORDERED**:

1. The analysis and disposition in the Magistrate Judge's Report and Recommendation (Doc. 32) are **ADOPTED**.

2. The decision of the Commissioner is **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner, which shall read "The decision of the Commissioner is affirmed," terminate any pending deadlines, and **CLOSE** this case.

**ORDERED** in Tampa, Florida, on February 18, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge